**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 8/27/2025 __
```

**LINDA A. ROWETT,**

                                        **Plaintiff,**                    **24-CV-5417 (ALC) (VF)**

            -against-                                            **ORDER**

**PROSELECT INSURANCE COMPANY**
d/b/a **COVERYS,**

                                        **Defendant.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        Given the discussion during the August 27, 2025 conference, the order at ECF No. 48

referring the case to mediation is vacated, as the parties represent that mediation would not be

productive at this time.

        **SO ORDERED.**

DATED:      New York, New York
            August 27, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge