UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LINDA A. ROWETT,

                               Plaintiff,                    24-CV-5417 (ALC) (VF)

            -against-                           **ORDER**

PROSELECT INSURANCE COMPANY
d/b/a COVERYS,

                             **Defendant.**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint status update on discovery by **October 31, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
               October 3, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge